# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TENOLA OLIVER, on behalf of herself and all others similarly situated, : : : Plaintiff, : : v. : : RELX INC. D/B/A LEXISNEXIS, : : Defendant. : | Case No. 3:18-cv-127 Judge Thomas M. Rose |

## ENTRY AND ORDER APPROVING PROPOSED NOTICE TO POTENTIAL CLASS MEMBERS (DOC. 26)

Pursuant to the Court's Order granting conditional certification of Plaintiff's proposed class in this FLSA collective action, the parties jointly submitted a Proposed Notice to Potential Class Members (Doc. 26). Upon review, the Proposed Notice is accurate and appropriately informs potential class members of their right to join this action and the manner in which to do so. The Proposed Notice is therefore **APPROVED**.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, November 15, 2018.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE
