UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TENOLA OLIVER, on behalf of herself and all others similarly situated, | : : : : Case No. 3:18-cv-127 |
| Plaintiff, | : : Judge Thomas M. Rose |
| v. | : : |
| RELX INC. d/b/a LEXIS NEXIS, | : : |
| Defendant. | : |

**ENTRY AND ORDER GRANTING MOTION FOR CONTINUANCE OF PENDING DEADLINES AND STAY OF PROCEEDINGS (DOC. 31), CONTINUING ALL PENDING DEADLINES AND STAYING THE MATTER FOR A PERIOD OF 30 DAYS, AND ORDERING THE PARTIES TO SUBMIT A STATUS UPDATE ON OR BEFORE 35 DAYS FROM THE ENTRY OF THIS ORDER**

This case is before the Court on the "Joint Notice of Settlement and Motion for Continuance of Pending Deadlines and Stay of Proceedings" (Doc. 31) (the "Motion"). In the Motion, the Parties notified the Court that they have reached an agreement in principle for the resolution of this matter, including the claims of Plaintiff Tenola Oliver as well as the opt-in plaintiffs. (*Id.*) The Parties requested that the Court continue all pending deadlines and enter a stay in this matter for a period of 30 days, during which time they will continue to work together in good faith to finalize the terms of their agreement and prepare appropriate corresponding filings or submissions for the Court's consideration. (*Id.*)

This Court, having considered the matter and for good cause shown, **GRANTS** the Motion. All pending deadlines are continued and this matter is **STAYED** for a period of 30 days.

1

Additionally, the Court **ORDERS** the Parties to submit a status update on or before 35 days from the entry of this Order.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, January 29, 2020.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE