AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Tenola Oliver | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:18-CV-127 |
| Relx Inc. d/b/a LexisNexis | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Judgment in favor of Plaintff and against Defendant; Case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge   Thomas M. Rose   on a motion for
   Approval of Settlement and Stipulation of Dismissal with Prejudice

Date:   6/8/2020

CLERK OF COURT

*(signature)*
Signature of Clerk or Deputy Clerk